| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth Charles McMillan**<br>First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–7784** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Frances McMillan**<br>First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–2051** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  13 | **6/15/16** |
| Case number: | **16–19710** | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                               12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kenneth Charles McMillan | Frances McMillan |
| 2. | **All other names used in the last 8 years** | aka Ken McMillan | aka Francie McMillan, aka Francie Lopez |
| 3. | **Address** | 3045 Hedgerow Lane<br>Homewood, IL 60430 | 3045 Hedgerow Lane<br>Homewood, IL 60430 |
| 4. | **Debtor's attorney**<br>Name and address | James J Haller<br>Sulaiman Law Group<br>900 Jorie Boulevard, Suite 150<br>Oak Brook, IL 60523 | Contact phone (630) 575–8181 Ext. 115<br>Email: jhaller@sulaimanlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 6/16/16 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 7, 2016 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/6/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/5/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/12/16** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**7/27/16** at **10:30 AM**, Location: **219 South Dearborn, Courtroom 644, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 16-19710-PSH
Kenneth Charles McMillan                                                       Chapter 13
Frances McMillan
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: carmstead           Page 1 of 2           Date Rcvd: Jun 16, 2016
                              Form ID: 309I             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2016.
```
db/jdb         +Kenneth Charles McMillan,    Frances McMillan,    3045 Hedgerow Lane,    Homewood, IL 60430-2828
24625052       +Cait's Estates care of George Venturella,    10140 191st Street,    Mokena, IL 60448-9381
24625054       +Cook County Assesor's Office,    118 N. Clark Street,    Chicago, IL 60602-1304
24625056        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
24625057       +Equifax Information Services, LLC,    PO Box 740241,    Atlanta, GA 30374-0241
24625059       +Experian Information Solutions, Inc.,    PO Box 4500,    Allen, TX 75013-1311
24625058       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
24625060       +Glbal Srvcs,    5320 College Blvd,    Shawnee Missio, KS 66211-1621
24625064       +Marriott Ownership Resorts Inc.,    P.O. Box 24747,    Lakeland, FL 33802-4747
24625065        Marriott Resorts Hospitality Corporation,    P.O. Box 382056,    Pittsburgh, PA 15250-8056
24625067       +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
24625069       +Teresa Varnet, Spain, Spain and Varnet,    33 North Dearborn,    Suite 2220,
                 Chicago, IL 60602-3118
24625070       +TransUnion LLC,    PO Box 2000,    Chester, PA 19022-2000
24625071       +Village of South Holland,    16226 Wausau Avenue,    South Holland, IL 60473-2156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jhaller@sulaimanlaw.com Jun 17 2016 01:22:05      James J Haller,
                 Sulaiman Law Group,    900 Jorie Boulevard, Suite 150,    Oak Brook, IL   60523
tr             +E-mail/Text: courtnotices@chi13.com Jun 17 2016 01:22:52      Marilyn O Marshall,
                 224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jun 17 2016 01:22:57      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
24625053       +EDI: CAPITALONE.COM Jun 17 2016 00:53:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
24625055       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jun 17 2016 01:23:35
                 Cook County Treasurer's Office,    118 North Clark Street, Room 112,    Chicago, IL 60602-1590
24625062        EDI: IRS.COM Jun 17 2016 00:53:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 21126,    Philadelphia, PA 19114-0326
24625061        E-mail/Text: rev.bankruptcy@illinois.gov Jun 17 2016 01:23:10
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
24625063       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jun 17 2016 01:23:19      Marriott Ownership,
                 1200 Bartow Rd. Suite 14,    Lakeland, FL 33801-5901
24625066       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jun 17 2016 01:23:19      Marriott Vacation Club,
                 6649 Westwood Blvd,    Orlando, FL 32821-6066
24625068       +EDI: CHRM.COM Jun 17 2016 00:58:00      Santander Consumer USA,    Po Box 961275,
                 Fort Worth, TX 76161-0275
24625072       +EDI: WFFC.COM Jun 17 2016 00:58:00      Wells Fargo Bank NV N.A.,
                 Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,    Portland, OR 97208-3908
                                                                                               TOTAL: 11
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2016 at the address(es) listed below:
              James J Haller    on behalf of Debtor 2 Frances  McMillan jhaller@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info

```
District/off: 0752-1           User: carmstead            Page 2 of 2            Date Rcvd: Jun 16, 2016
                               Form ID: 309I              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        James J Haller    on behalf of Debtor 1 Kenneth Charles McMillan jhaller@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
        Marilyn O Marshall    courtdocs@chi13.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 4