UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable _Pamela S. Hollis_                                    Date _9/7/16_

Bankruptcy Case No. _16-19710_                    Adversary No. _____

Title of Case _Kenneth Charles McMillon and Frances McMillon_

Brief
Statement of _Confirmation Hearing_
Motion

Names and
Addresses of _Joseph Davidson, Sulaimon Law Group_
moving
counsel      _900 Jorie Boulevard_

_Oak Brook, IL 60523_

Representing _Debtors_

## ORDER

Paragraph 6: Special Terms is amended as follows:

1. Debtors shall surrender the real property located at 3045 Hedgerow Ln, Homewood, IL 60430 to Wells Fargo, in full satisfaction of its secured claims

2. Debtors shall surrender their six beneficial interests in the MVC Trust to Marriott Ownership Resorts, Inc. and Marriott Resorts Hospitality Corporation in full satisfaction of their secured claims