| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Kenneth Charles McMillan** | Social Security number or ITIN  **xxx–xx–7784** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Frances McMillan** | Social Security number or ITIN  **xxx–xx–2051** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | |
| Case number:  **16–19710** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth Charles McMillan  
aka Ken McMillan

Frances McMillan  
aka Francie McMillan, aka Francie Lopez

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

May 18, 2017

**For the court:**   Jeffrey P. Allsteadt, Clerk  
United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 16-19710-LAH
Kenneth Charles McMillan                                                Chapter 13
Frances McMillan
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen                Page 1 of 2          Date Rcvd: May 18, 2017
                              Form ID: 3180W              Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
db/jdb         Kenneth Charles McMillan,    Frances McMillan,    2525 East Prince Road,    #79,
                Tucson, AZ  85716-1156
24625052      +Cait's Estates care of George Venturella,    10140 191st Street,    Mokena, IL 60448-9381
24625054      +Cook County Assesor's Office,    118 N. Clark Street,    Chicago, IL 60602-1304
24625056       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
24625057      +Equifax Information Services, LLC,    PO Box 740241,    Atlanta, GA 30374-0241
24625059      +Experian Information Solutions, Inc.,    PO Box 4500,    Allen, TX 75013-1311
24625058      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
24625060      +Glbal Srvcs,    5320 College Blvd,    Shawnee Missio, KS 66211-1621
24880270      +Global Connections Inc,    5360 College Blvd Ste 200,    Overland Park, KS 66211-1641
24625064      +Marriott Ownership Resorts Inc.,    P.O. Box 24747,    Lakeland, FL 33802-4747
24625065       Marriott Resorts Hospitality Corporation,    P.O. Box 382056,    Pittsburgh, PA 15250-8056
24838641      +Marty Sherlock,    18320 Dixie Highway,    Homewood, IL 60430-3253
24625067      +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
24625069      +Teresa Varnet, Spain, Spain and Varnet,    33 North Dearborn,    Suite 2220,
                Chicago, IL 60602-3118
24625070      +TransUnion LLC,    PO Box 2000,    Chester, PA 19022-2000
24625071      +Village of South Holland,    16226 Wausau Avenue,    South Holland, IL 60473-2156
24648118       Wells Fargo Bank, N.A.,    Default Document Processing,    MAC N9286-01Y,
                1000 Blue Gentian Road, Eagan, MN 55121-

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24625053      +EDI: CAPITALONE.COM May 18 2017 23:43:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
24756791       EDI: CAPITALONE.COM May 18 2017 23:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
24679977      +EDI: CHRM.COM May 18 2017 23:43:00      Chrysler Capital,    PO Box 961275,
                Fort Worth, TX 76161-0275
24625055      +E-mail/Text: lbankruptcy@cookcountytreasurer.com May 19 2017 00:10:04
                Cook County Treasurer's Office,    118 North Clark Street, Room 112,    Chicago, IL 60602-1590
24625062       EDI: IRS.COM May 18 2017 23:43:00      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 21126,    Philadelphia, PA 19114-0326
24625061       E-mail/Text: rev.bankruptcy@illinois.gov May 19 2017 00:09:36
                Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
24625063      +E-mail/Text: MVCIBL@VACATIONCLUB.COM May 19 2017 00:09:43      Marriott Ownership,
                1200 Bartow Rd. Suite 14,    Lakeland, FL 33801-5901
24625066       E-mail/Text: MVCIBL@VACATIONCLUB.COM May 19 2017 00:09:43      Marriott Vacation Club,
                6649 Westwood Blvd,    Orlando, FL 32821-6066
24625068      +EDI: CHRM.COM May 18 2017 23:43:00      Santander Consumer USA,    Po Box 961275,
                Fort Worth, TX 76161-0275
24625072      +EDI: WFFC.COM May 18 2017 23:43:00      Wells Fargo Bank NV N.A.,
                Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,    Portland, OR 97208-3908
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24765865*       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
24765866*       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: rgreen              Page 2 of 2              Date Rcvd: May 18, 2017
                               Form ID: 3180W            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
              James J Haller    on behalf of Debtor 2 Frances  McMillan jhaller@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              James J Haller    on behalf of Debtor 1 Kenneth Charles McMillan jhaller@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              Jose G Moreno    on behalf of Creditor    Wells Fargo Bank, N.A. nd-one@il.cslegal.com
              Joseph S Davidson    on behalf of Debtor 2 Frances  McMillan jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              Joseph S Davidson    on behalf of Debtor 1 Kenneth Charles McMillan jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              Marilyn O Marshall     courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```